UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR 06 39S
:
v. : In violation of 42 U.S.C.
: § 1383a(a)(3)
RENEY TYSON :

FILED

MAR 20 2006

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**INFORMATION**

The United States Attorney charges that:

**COUNT 1**

Between in or about March 1998 and in or about November 2004, in the District of Rhode Island, the defendant, RENEY TYSON, having knowledge of the occurrence of events affecting her initial and continuing right to benefits under Title XVI of the Social Security Act, as amended, to wit: 1) that in or about March 1998 the defendant applied for Social Security benefits using another name and Social Security number, that is, Reney Cline, Social Security number and 2) that in or about July 2000 the defendant failed to report her inheritance of property located at Street, Providence, Rhode Island, to the Social Security Administration, did conceal and fail to disclose such events with an intent fraudulently to secure benefits in a greater amount than was due and when no benefits were authorized.

All in violation of Title 42, United States Code, Section 1383a(a)(3).

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
ANDREW J. REICH
Assistant U.S. Attorney

______________________
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

Date 3-20-06