AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
MAR 2 2 2006
US MARSHALS
RHODE ISLAND

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RENEY TYSON

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 06-39S

(Name and Address of Defendant)
RENEY TYSON
DEFENDANT IS INSTRUCTED TO CONTACT U.S. PROBATION PRIOR TO HEARING
752-7300

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room / Date and Time |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Room: Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time: Thursday, March 23, 2006 at 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ■ Probation Violation Petition

Charging you with a violation of Title 42 Section(s) 1383a(a)(3)

Brief description of offense:

Social Security Fraud

[signature]
Signature of Issuing Officer

March 21, 2006
Date

Martha Saucier , Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/23/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 10 Pastore Building

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/23/06
Date

Burton Stallwood
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

FILED
2006 MAR 27 A 2:22
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.