UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 06-039S

RENEY TYSON

**MOTION FOR SENTENCE BELOW DEFENDANT'S ADVISORY GUIDELINE RANGE**

Now comes the Defendant Reney Tyson and moves that this Honorable Court impose a sentence outside Defendant's advisory guideline range, for the reasons set forth in the accompanying Memorandum.

RENEY TYSON
Defendant
By Her Attorney,

Judith Crowell, Esq. #1993
128 Dorrance Street
Fourth Floor
Providence, RI 02903
(401) 272-6600

**CERTIFICATION**

I hereby certify that on July 7, 2006, I mailed a copy of this Motion to AUSA Andrew Reich, 50 Kennedy Plaza, Eighth Floor, Providence, RI 02903.