AO 442 (Rev. 5/93) Warrant for Arrest 1275543

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

Reney Tyson

**WARRANT FOR ARREST**

CASE NUMBER: CR06-39-01S

JAN 19 2007

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Reney Tyson
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Violation of conditions of Supervised Release

in violation of Title 18 United States Code, Section(s) 3583(d)

Doreen L. Baldinelli
Name of Issuing Officer

Doreen Baldinelli
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

January 19, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at 4 Cathedral Square by USMS | | |
| DATE RECEIVED 01/19/2007 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 01/23/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.